**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUBPOENA TO SAM KREVLIN<br><br>    Non-Party Movant. | MISC. Case No. 25-376 |
| KENNETH NIXON<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DETROIT, DETECTIVE MOISES JIMENEZ, COMMANDER JAMES TOLBERT, DETECTIVE KURTISS STAPLES, SGT. EDDIE CROXTON, OFFICER ALMA HUGHES-GRUBBS, AND OTHER AS-OF-YET UNKNOWN EMPLOYEES OF THE CITY OF DETROIT<br><br>    Defendants. | Civil Action No. 23-cv-11547 (E.D. Mich.) |

**DECLARATION OF SAM KREVLIN IN SUPPORT OF**
**MOTION TO QUASH INDIVIDUAL DEFENDANTS' SUBPOENA**
**TO APPEAR AT DEPOSITION UNDER THE REPORTERS' PRIVILEGE**

I, Sam Krevlin, declare as follows:

1.  I am a resident of the County of New York in the State of New York, where I am employed and regularly conduct business. I submit this declaration in support of Non-Party Sam Krevlin's Motion to Quash Individual Defendants' Subpoena to Appear at Deposition. If called as a witness, I could and would testify competently and truthfully as to the facts set forth herein, as I know each to be true based upon my personal knowledge.

2.  From 2015 to 2019, I attended the Medill School of Journalism at Northwestern University ("Medill"), where I received my undergraduate degrees in Journalism and Political Science. As a junior, I applied and was selected to participate in the Medill Justice Project (the

"Project"). As part of this journalism course, along with other Northwestern undergraduate and graduate students, I reported on Kenneth Nixon, an incarcerated gentleman who had been claiming innocence in a 2005 homicide in Detroit. The reporting and investigation for the Project was supervised by Medill faculty and Medill is the custodian of all documents and records relating to the Project.

3. For the first few months of 2018, and then briefly before the final article was published in the Detroit Free Press, I worked on the Project under the supervision of Medill faculty, assisting in gathering documents and interviewing witnesses and others connected to Mr. Nixon and the homicide. I then worked with my classmates and Medill supervisors to draft the article that would eventually be published in the Detroit Free Press.

4. After graduating from Medill, from 2020 to 2023, I attended and graduated from New York University School of Law. I am a member of the New York State Bar (Bar No. 6103378) and am admitted to practice in the Southern District of New York.

5. I submit this declaration to establish that I was working as a journalist when I collected the newsgathering information sought by the Individual Defendants and establish the foundation for the applicability of the New York Shield Law and the federal reporters' privilege.

6.      I submit this declaration without waiver of the privileges under the New York Shield Law and the federal reporters' privilege and without waiver of any objection, right, or remedy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2025, at Manhattan, New York.

                                                    /s/ Sam Krevlin
                                                    Sam Krevlin