**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUBPOENA TO<br>SAM KREVLIN<br><br>    Non-Party Movant. | MISC. Case No. 1:25-mc-00376-MMG |
| KENNETH NIXON<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DETROIT, DETECTIVE MOISES JIMENEZ, COMMANDER JAMES TOLBERT, DETECTIVE KURTISS STAPLES, SGT. EDDIE CROXTON, OFFICER ALMA HUGHES-GRUBBS, AND OTHER AS-OF-YET UNKNOWN EMPLOYEES OF THE CITY OF DETROIT<br><br>    Defendants. | Civil Action No. 23-cv-11547 (E.D. Mich.) |

**MOTION OF NON-PARTY SAM KREVLIN TO QUASH**
**INDIVIDUAL DEFENDANTS' SUBPOENA TO APPEAR AT DEPOSITION**
**UNDER THE REPORTERS' PRIVILEGE**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party Sam Krevlin, a former student journalist and resident of New York City, respectfully moves this Court to quash the subpoena *ad testificandum* issued from the Eastern District of Michigan and served on him by defendants Detective Moises Jimenez, Commander James Tolbert, Detective Kurtiss Staples, Sgt. Eddie Croxton, and Officer Alma Hughes-Grubbs (collectively, the "Individual Defendants") in the action *Nixon v. City of Detroit, et al.*, No. 23-cv-11547, pending in the United States District Court for the Eastern District of Michigan.  As grounds therefore, Mr. Krevlin relies upon the memorandum of points and authorities and the accompanying declarations and exhibits filed contemporaneously herewith.

Mr. Krevlin also requests reasonable attorneys' fees pursuant to Rule 45(d)(1) of the Federal Rules of Civil Procedure on the grounds that compliance with the Deposition Subpoena constitutes an undue burden.

Pursuant to Local Civil Rule 37.2, Mr. Krevlin attempted in good faith to resolve this dispute informally before the filing of this motion by his counsel participating in numerous meet-and-confer sessions with counsel for the Individual Defendants, both by email and over Zoom. Should an informal discovery conference under Local Civil Rule 37.2 be required, Mr. Krevlin asks the Court hold his motion to quash in abeyance to allow for the completion of the conference.

Dated: September 5, 2025

Respectfully submitted,

ELLENOFF GROSSMAN & SCHOLE LLP

 /s/ Eric Landau
Eric Landau (EL1420)
949 South Coast Drive, Suite 200
Costa Mesa, CA 92626
*elandau@egsllp.com*
(949) 416-3100 / (949) 416-0250 (fax)

John B. Horgan (JH8106)
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
*jhorgan@egsllp.com*
(212) 370-1300 / (212) 370-7889 (fax)

*Attorneys for non-party movant Sam Krevlin*