**NK** **NATHAN & KAMIONSKI LLP**

**JOSEPH GUTMANN**
*Senior Associate*
jgutmann@nklawllp.com
T: (516) 620-0370
F: (312) 448-6099

October 21, 2025

Honorable Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *In Re: Subpoena to Sam Krevlin*, 1:25-mc-00376 (MMG)

Your Honor:

    I am an attorney for the Respondents in the above-referenced case. The parties in the underlying Eastern District of Michigan case (2:23-cv-11547) are in the midst of significant discovery, including trying to schedule scores of witness depositions, including Mr. Krevlin, in the near future. The Court's finding in regard to this matter will, therefore, necessarily affect to overarching schedule of the ongoing discovery. As of September 19, 2025, the issues before the Court have been fully briefed. Accordingly, Respondents Moises Jimenez, James Tolbert, Kurtiss Staples, Eddie Croxton, and Alma Hughes-Grubbs respectfully request that this Honorable Court schedule oral argument or rule on Mr. Krevlin's pending motion to quash as soon as the Court is reasonably able, if possible.

    Respondents explained the nature of this request to Mr. Krevlin's counsel and Mr. Krevlin does not object or oppose.

Sincerely,

/s/ Joseph Gutmann
Joseph Gutmann
Nathan & Kamionski LLP
343 Maple Avenue
Westbury, NY 11590
jgutmann@nklawllp.com